

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

ATTORNEYS

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.

PARALEGALS

ROSA COLLINS
CATALINA ROMAN

**Via: EDNY ECF**                                                    **September 5, 2025**

Honorable Judge Steven I. Locke
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:**    *Gode v. 11 East LLC, et al.*; **2:22-cv-07276-SJB-SIL**

Dear Hon. Judge Locke,

I represent Plaintiff, Tolga Gode, in the above-referenced FLSA action. Pursuant to Your Honor's August 28, 2025 Order directing the Parties to submit their availability for a settlement conference, kindly accept this correspondence as such. Defense counsel and I have conferred and the Parties are available on November 4, 7, and 21. Should these dates be unavailable to the Court, we can submit further availability upon request.

Thank you for your time and consideration of this matter.

Respectfully submitted,

Keith E. Williams, Esq.

cc:  All counsel of record via ECF.