FILED
CLERK

11:40 am, Mar 31, 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TOLGA GODE,

                    Plaintiff,

         - against -

11 EAST LLC, F & J PETRO, LTD., ELEVEN
GAS CORP., SAMUEL YAKOBOWICZ also
known as SAMUEL JACOBY,

                    Defendants.
------------------------------------------------------------X

                    **CLERK'S CERTIFICATE**
                    **OF DEFAULT**

                    CV 22-07276 (SJB)(SIL)

    **I,** Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant(s), ELEVEN GAS COPR., SAMUEL YAKOBOWICZ also known as SAMUEL JACOBY, by court order of the Honorable Sanket J. Bulsara dated March 30, 2026, have failed to appear and defend the case, are deemed to have defaulted and the Clerk's Office is directed to enter default on all defendants.

    The default of defendant(s), ELEVEN GAS COPR., SAMUEL YAKOBOWICZ also known as SAMUEL JACOBY is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated: March 30, 2026
       Central Islip, New York


                        BRENNA B. MAHONEY
                        CLERK OF THE COURT

          BY:    /s/ GRISEL ORTIZ
                  DEPUTY CLERK